IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00116-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ZACHARY MICAH MORRIS (2), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 34), the Indictment, (Doc. No. 1), without prejudice, as to Zachary Micah Morris following his guilty plea to an Information filed in Case No. 3:19-cr-173.

**IT IS ORDERED** that the Government's motion, (Doc. No. 34), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice as to Zachary Micah Morris.

Signed: July 26, 2019

Robert J. Conrad, Jr.
United States District Judge